IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**JERRY WINTERS**   **PLAINTIFF**

**VERSUS**   **CIVIL ACTION NO. 1:08CV97-SA-DAS**

**ATTALA COUNTY**
**SHERIFF'S DEPARTMENT, ET. AL.**   **DEFENDANTS**

**CONSOLIDATED WITH**

**GEORGE S. DOTSON, JR.**   **PLAINTIFF**

**VERSUS**   **CIVIL ACTION NO. 1:08CV265-SA-DAS**

**SHERIFF WILLIAM LEE,**
**JAILOR STAN MURRAY AND**
**ATTALA COUNTY SHERIFF'S DEPT.**   **DEFENDANTS**

### AGREED ORDER FOR EXTENSION OF IMMUNITY-RELATED DISCOVERY DEADLINE AND DISPOSITIVE MOTION DEADLINE

This day this cause came on to be heard on a joint motion of the parties requesting an additional forty-five (45) days within which to complete immunity-related discovery and thirty (30) days thereafter to file dispositive motions and the Court, having considered the same, finds that such an extension will not unduly delay the resolution of the matter and finds that the said motion is well taken and should be granted.

IT IS, THEREFORE, ORDERED AND ADJUDGED that immunity-related discovery shall be extended an additional forty-five (45) days, with the subsequent dispositive motions due thirty (30) days thereafter.

SO ORDERED AND ADJUDGED this the 22nd day of October, 2009.

                 /s/David A. Sanders _____
                 UNITED STATES MAGISTRATE JUDGE