IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**JERRY WINTERS**                                                                      **PLAINTIFF**

**V.**                                                        **CIVIL ACTION NO. 1:08-CV-97-SA-DAS**

**ATTALA COUNTY SHERIFF'S**
**DEPARTMENT, et al.**                                                     **DEFENDANTS**

## ORDER

Pursuant to a Memorandum Opinion to be issued on this day, Defendant's Motion for Summary Judgment [46] is granted. Accordingly, this case is closed. So ordered on this, the 22nd day of March, 2010.

                                                       **/s/ Sharion Aycock**
                                                       **UNITED STATES DISTRICT JUDGE**